UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-62461-CIV-MARTINEZ-SNOW

MICHELLE L. COLE and ANDREA
SCARLETT, on behalf of themselves and all
others similarly situated,
  Plaintiffs,

vs.

PATRIOT NATIONAL, INC. and
GUARANTEE INSURANCE CO.,
  Defendants.
_____/

## ORDER STAYING CASE UPON SUGGESTION OF BANKRUPTCY

THIS MATTER is before the Court on Defendant Patriot National, Inc.'s ("Patriot") Notice of Suggestion of Bankruptcy [ECF No. 23]. The Notice informed the Court that Defendant Patriot has filed a voluntary petition for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code.[1] As a result, this action is stayed pursuant to 11 U.S.C. § 362. Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. The above-styled action is **STAYED** until conclusion of the Chapter 11 bankruptcy action involving Defendant Patriot pending in the United States Bankruptcy Court for the District of Delaware (18-10189-KG).

2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this matter for statistical purposes only. All pending motions are **DENIED AS MOOT**.

3. The parties shall file a monthly status report with this Court that outlines the

---

[1] Defendant Patriot is the only remaining Defendant in this action. *See* [ECF No. 22 (Notice of Voluntary Dismissal without Prejudice with respect to Defendant Guarantee Insurance Co.)].

- 2 -

status of the bankruptcy action, with the parties' first status report being due within **thirty (30) days** of the date of this Order. Failure to comply with this Order will result in dismissal of the action.

     DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of November, 2018.

                                                                                    JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record